IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| FLATHEAD-LOLO-BITTERROOT CITIZEN TASK FORCE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants. | CV 20–157–M–DLC<br><br><br>ORDER |

Before the Court is Defendants' Motion to Consolidate. (Doc. 4.) This motion is unopposed. (*Id.* at 2.) Because the above-captioned action includes common issues of fact and law with *Alliance for the Wild Rockies v. Marten, et al.*, 9:20-CV-156-DLC-KLD, consolidation is appropriate pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure. Accordingly,

IT IS ORDERED that the Motion (Doc. 4) is GRANTED. The above-captioned case is consolidated with 9:20-CV-156-DLC-KLD for all further proceedings under the case number 9:20-CV-156-DLC-KLD.

DATED this 18th day of December, 2020.

_____
Dana L. Christensen, District Judge
United States District Court