JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Section Chief
ANTHONY D. ORTIZ, Trial Attorney
Wildlife & Marine Resources Section
JOHN P. TUSTIN, Senior Attorney
Natural Resources Section P.O. Box 7611
Washington, D.C. 20044-7611
Phone:    (202) 305-5708 (Ortiz)
          (202) 305-3022 (Tustin)
Fax:      (202) 305-0275 (Ortiz)
          (202) 305-0506 (Tustin)
anthony.d.ortiz@usdoj.gov
john.tustin@usdoj.gov

LEIF M. JOHNSON
Acting United States Attorney

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| ALLIANCE FOR THE WILD ROCKIES, | ) CV-20-156-M-DLC-KLD |
|---|---|
| Plaintiff, | ) <br> ) DEFENDANTS' CROSS-MOTION <br> ) FOR SUMMARY JUDGMENT <br> ) |
| v. | ) <br> ) |
| LEANNE MARTEN, et al. | ) <br> ) |
| Defendants. | ) <br> ) |

|  |  |
|---|---|
| FLATHEAD-LOLO-BITTERROOT CITIZEN TASK FORCE, | ) ) CV-20-157-M-DLC-KLD ) (consolidated case) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al. | ) ) ) ) |

Defendants Leanne Marten, in her official capacity as Regional Forester of Region One of the United States Forest Service ("Forest Service"), the Forest Service, and the United States Fish and Wildlife Service ("FWS"), cross-move under Federal Rule of Civil Procedure 56 for summary judgment on all claims in the above-captioned case. This motion is supported by the previously filed Administrative Records (ECF Nos. 15, 16), the accompanying Memorandum in Support of Defendants' Cross-Motion for Summary Judgment and Response in Opposition to Plaintiffs' Motion for Summary Judgment, Defendants' Statement of Undisputed Facts, Defendants' Statement of Disputed Facts, and upon such oral and/or documentary evidence as may be presented at, before, and after the hearing of this motion.

In accordance with Local Rule 7.1(c)(1), counsel for Defendants conferred with counsel for Plaintiffs, who indicated that their clients oppose this motion.

Respectfully submitted on this 20th day of May, 2021.

> JEAN E. WILLIAMS
> Acting Assistant Attorney General
> Environment & Natural Resources Division
> United States Department of Justice
> SETH M. BARSKY, Chief
> S. JAY GOVINDAN, Assistant Section Chief

*/s/ Anthony D. Ortiz*
ANTHONY D. ORTIZ, Trial Attorney
Wildlife & Marine Resources Section

JOHN P. TUSTIN, Senior Attorney
Natural Resources Section P.O. Box 7611
Washington, D.C. 20044-7611

LEIF M. JOHNSON
Acting United States Attorney

*Counsel for Defendants*